**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00199-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD ALLEN GRACE, JR.,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    RONALD ALLEN GRACE, JR.

DATED at Denver, Colorado this 26TH day of July, 2020.

    /s/ Kevin J. Farrell
Name of Attorney

Law Offices of Randy B. Corporon, P.C.
Firm Name

2821 So. Parker Rd., Suite 555
Office Address

Aurora, CO 80014
City, State, ZIP Code

(303) 749-0062
Telephone Number

farrell.lawoffice@gmail.com
Primary CM/ECF E-mail Address