IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00199-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RONALD ALLEN GRACE, JR.,

        Defendant.

_____

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**
_____

        Defendant Ronald Grace ("Mr. Grace"), by and through undersigned counsel ("counsel"), requests that he be permitted to travel out of the state, to Rio Rancho, New Mexico between the dates of February 26, 2021 to February 29, 2021.  In support of this motion, Mr. Grace states as follows:

        1.     Mr. Grace has been on bond since July 27, 2020.  He has been in full compliance with his conditions of release.

        2.     Mr. Grace would like to travel to Rio Rancho, New Mexico on Friday, February 26, 2021 until Monday, February 29, 2021, thereafter returning to Denver, Colorado.

        3.     While in Rio Rancho, New Mexico, Mr. Grace will be staying at the Hilton Gardens Inn located at 1771 Rio Rancho Blvd. S/E.  Mr. Grace and his wife, Dawn, intend to visit with Dawn's personal trainer and pick up some weight-lifting equipment.  Dawn's personal trainer is Clarissa Gannon and she resides at 4541 Quartz Dr. N/E in Rio Rancho, New Mexico.

4. Mr. Grace understands that he must abide by all of his conditions of pretrial release. Counsel has contacted both the government and the probation department regarding their position on this motion. Assistant U.S. Attorney Daniel McIntyre does not oppose the motion, nor does Heather Becker, the assigned Probation Officer handling Mr. Grace's pretrial supervision.

WHEREFORE, Mr. Grace respectfully moves this Court for an order allowing him to travel to Rio Rancho, New Mexico, between the dates of February 26, 2021 to February 29, 2021 and return to Denver, Colorado on Monday, February, 29, 2021.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Matthew C. Golla
MATTHEW C. GOLLA
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Matt_golla@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Daniel McIntyre, Assistant United States Attorney
  Email: Daniel.mcintyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Ronald Grace, Jr.  (Via U.S. Mail)


  s/ Matthew C. Golla
  MATTHEW C. GOLLA
  Assistant Federal Public Defender
  633 17th Street, Suite 1000
  Denver, CO  80202
  Telephone:  (303) 294-7002
  FAX:  (303) 294-1192
  Matt_golla@fd.org
  Attorney for Defendant