IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00199-PAB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. RONALD ALLEN GRACE JR.,

  Defendant.

### ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To: The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 29th day of March 2021.

        MATTHEW T. KIRSCH
        Acting United States Attorney

        s/ *Laura B. Hurd*
        Laura B. Hurd
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: laura.hurd@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of March 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      s/ *Jasmine Zachariah*
FSA Data Analyst
Office of the U.S. Attorney