IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00199-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RONALD ALLEN GRACE, JR.,

        Defendant.
_____

## UNOPPOSED SECOND MOTION FOR PERMISSION TO TRAVEL
_____

        Defendant Ronald Grace ("Mr. Grace"), by and through undersigned counsel ("counsel"), requests that he be permitted to travel out of the state, to Dallas/Fort Worth, Texas between the dates of June 6, 2021 and June 16, 2021. In support of this motion, Mr. Grace states as follows:

        1.     Mr. Grace has been on bond since July 27, 2020. He has been in full compliance with his conditions of release.

        2.     Mr. Grace is requesting permission to drive to the greater Dallas/Fort Worth area with his family on Sunday, June 6, 2021 and return to Denver, Colorado on June 16, 2021.

        3.     While on his way to the Dallas/Fort Worth area, while he is there, and during his return, Mr. Grace will provide updates to and communicate with his Probation Officer, Heather Becker. Mr. Grace intends to visit the Dallas/Fort Worth area in the hopes of finding property to purchase and later relocate to down the road.

        4.     Mr. Grace understands that he must abide by all of his conditions of pretrial release. Counsel has contacted both the government and the probation department regarding their position

on this motion. Assistant U.S. Attorney Daniel McIntyre does not oppose the motion, nor does Heather Becker, the assigned Probation Officer handling Mr. Grace's pretrial supervision.

WHEREFORE, Mr. Grace respectfully moves this Court for an order allowing him to travel to the Dallas/Fort Worth area, between the dates of June 6, 2021 to June 16, 2021 and return to Denver, Colorado on Wednesday, June 16, 2021.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Matthew C. Golla
MATTHEW C. GOLLA
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Matt_golla@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Daniel McIntyre, Assistant United States Attorney
Email: Daniel.mcintyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ronald Grace, Jr.        (Via U.S. Mail)


s/ Matthew C. Golla
MATTHEW C. GOLLA
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Matt_golla@fd.org
Attorney for Defendant