IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal: 1:20-CR-199 (PAB) |
| RONALD ALLEN GRACE, JR., | |
| Defendant. | |

**THIRD UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

Ronald Allen Grace, Jr., by and through undersigned counsel respectfully requests he be permitted to travel out of the state, to the Bonneville Salt Flats (near Wendover, Utah) between the dates of August 6, 2021, and August 9, 2021. In support of this motion, Mr. Grace states as follows:

(1) Mr. Grace has been on bond since July 27, 2020. He has been in full compliance with his conditions of release.

(2) Mr. Grace is requesting permission to drive to the Bonneville Salt Flats (near Wendover, Utah) with his family on Friday, August 6, 2021, and return to Denver, Colorado on Monday, August 9, 2021. Mr. Grace intends to spend quality time with his father, brother, and sons while at the Bonneville Salt Flats.

(3) While on his way to the Bonneville Salt Flats, while he is there, and during his return, Mr. Grace will provide updates to and communicate with his Probation Officer, Heather Becker.

(4) Mr. Grace understands that he must abide by all of his conditions of pretrial release. Counsel has contacted both the government and the probation department regarding their position on this motion. Assistant U.S. Attorney Daniel McIntyre does not oppose the motion, nor does Heather Becker, the assigned Probation Officer handling Mr. Grace's pretrial supervision.

WHEREFORE, Mr. Grace respectfully moves this Court for an order allowing him to travel to the Bonneville Salt Flats (near Wendover, Utah) between the dates of August 6, 2021, and August 9, 2021.

Respectfully submitted, this 26th day of July, 2021.

        VIRGINIA L. GRADY
        Federal Public Defender

        *s/ Jared Scott Westbroek*
        JARED SCOTT WESTBROEK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  jared_westbroek@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on July 26, 2021, I electronically filed the foregoing **THIRD UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Daniel McIntyre, Assistant United States Attorney
Email: Riley.Player@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Ronald Allen Grace, Jr.    (Via U.S. Mail)

*s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  jared_westbroek@fd.org
Attorney for Defendant