IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00199-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    RONALD ALLEN GRACE

    Defendant.

### UNITED STATES' MOTION TO DISMISS COUNTS 1 AND 3 OF THE INDICTMENT

    The United States of America, by and through Daniel McIntyre, Assistant United States Attorney, hereby moves this Court to enter an order dismissing Counts one and three of the Indictment filed on July 8, 2020.  [ECF-1].  On December 11, 2020, the defendant entered his plea of guilty to Count 2 of the Indictment.  [ECF-26].  This motion is filed pursuant to the plea agreement of the parties, wherein the United States agreed to dismiss Counts 1 and 3 of the Indictment.  See [ECF-27].

    The United States hereby requests this Court dismiss Counts one and three of the Indictment at the time of sentencing in this matter.

\\

\\

\\

Dated: August 30, 2021

MATTHEW T. KIRSCH

Acting United States Attorney

*s/ Daniel R. McIntyre*
Daniel R. McIntyre
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0406
E-mail:  Daniel.McIntyre@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, I electronically filed the foregoing **UNITED STATES' MOTION TO DISMISS COUNTS 1 AND 3 OF THE INDICTMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

              By: *s/ Ian McCandless*
                 Legal Assistant