IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00199-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      RONALD ALLEN GRACE JR.,

        Defendant.

---

**WAIVER FOR ADMINISTRATIVE FORFEITURE**

---

In accordance with Defendant Ronald Allen Grace Jr.'s Plea Agreement, the following is a waiver of administrative forfeiture deadlines, in order to forfeit the items identified in the Plea Agreement.

1.      On December 11, 2020, Defendant Ronald Allen Grace Jr. entered into a Plea Agreement in criminal case number 20-cr-00199-PAB (ECF Docket # 27). In part, Defendant Ronald Allen Grace Jr. agreed to admit the forfeiture allegations contained in the Indictment and further agreed to forfeit the following items:

- Smith & Wesson, Bodyguard 380, .380 caliber handgun, with serial number EAF9333;
- Taurus, TH9, 9mm caliber handgun, with serial number TMB21188
- Taurus, TH40, .40 caliber handgun, with serial number SMB47413
- German Sports Gun, GSG16, .22 caliber rifle, with serial number A816496, 5) High Point, 995, 9mm, with serial number F164714

- Mossberg, Blaze 47, .22 caliber rifle, with serial number RA0027242
- Savage, Mark II, .22 caliber rifle, with serial number 2766964
- Maverick Arms, 88, 12 Gauge Shotgun, with serial number MV0277738
- American Tactical, OMNI Multi-Cal, .410 Gauge Shotgun, with serial number NS236637
- Taurus, Rossi S411220, .410 Gauge Shotgun, with serial number SR397794
- Taurus, Rossi S411220, .410 Gauge Shotgun, with serial number 5GN014025
- American Tactical, OMNI Multi-Cal, 5.56 caliber rifle, with serial number NS224100
- American Tactical, OMNI Multi-Cal, 5.56 caliber rifle, with serial number NS237349
- American Tactical, OMNI Multi-Cal, 5.56 caliber rifle, with serial number NS224702
- American Tactical, 5.56 caliber rifle, with serial number MSA034662
- one, bag of suspected silencer parts, and
- the recovered ammunition.[1]

---

[1] The Silencers listed in the Plea Agreement will be criminally forfeited.

2. Based on the Plea Agreement, Defendant Ronald Allen Grace Jr. hereby relinquishes all right, title, and interest in the items listed in the Plea Agreement in criminal case number 20-cr-00199-PAB (ECF Docket # 27).

3. Defendant Ronald Allen Grace Jr. further agrees to the forfeiture of the items listed in in criminal case number 20-cr-00199-PAB (ECF Docket # 27), including waiving any and all administrative forfeiture deadlines, and further waiving any administrative noticing as part of the administrative forfeiture process. Defendant Ronald Allen Grace Jr. further waives, releases, and withdraws any claim that he has made with respect to the items, and waives and releases any claim that he might otherwise have made to them in the future.

4. Defendant Ronald Allen Grace Jr. waives any right he might otherwise have had to receive notice or a hearing with respect to any forfeiture action, including any motion, pleading, order, or any other action that the United States might take, in its sole discretion, to carry out the forfeiture. Defendant Ronald Allen Grace Jr.'s waiver includes, without limitation, all common law, statutory, and constitutional claims or challenges, on any grounds, arising at any time from, or relating to, the seizure, relinquishment of rights, disposition, and destruction, including any such claim for attorney fees and litigation costs.

5. Defendant Ronald Allen Grace Jr. irrevocably releases the United States from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory with respect to the seizure and forfeiture of the subject property.

Date: 9/3/2021

_____
Ronald Allen Grace Jr.
Defendant

Date: 9/3/2021

_____
Jared Scott Westbroek
Attorney for the Defendant