IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 20-cr-00199-PAB | Date:  September 3, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Kevin Carlin |
| Probation Officer:   Kelly Mueller | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Daniel McIntyre |
| Plaintiff, | |
| v. | |
| 1.  RONALD ALLEN GRACE, JR., | Jared Westbroek |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**3:30 p.m.      Court in session.**

Appearances of counsel.  Defendant present on bond.

Statement by Dawn Capra-Grace.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by Mr. Grace.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Defendant's Motion for a Below-Guideline Range Sentence [45] is
                     DENIED.**

**ORDERED:** Defendant shall be imprisoned for 36 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately. No fine is imposed.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

Defendant advised of right to appeal.

**ORDERED:** Government Motion to Dismiss Counts 1 and 3 of the Indictment [64] is GRANTED.

**ORDERED:** Defendant is directed to surrender to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**ORDERED:** Defendant's bond is continued.

**4:27 p.m.**     Court in recess.

Hearing concluded.
Total time in court:    00:57